# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 16, 2014

Robert P. Young, Jr.,
Chief Justice

149458

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

IN THE MATTER OF

HONORABLE DENNIS N. POWERS                    SC: 149458
52-1 DISTRICT COURT                                          JTC Formal Complaint 94

BEFORE THE JUDICIAL TENURE COMMISSION
_____/

       On order of the Court, the request by the Judicial Tenure Commission for appointment of a master is considered, and Honorable Jeanne Stempien is appointed Master to hear Formal Complaint No. 94.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 16, 2014



Clerk